| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW ABBASI, ESQ.; SBN 215030<br>**ABBASI LAW CORPORATION**<br>8889 WEST OLYMPIC BLVD, SUITE 240<br>BEVERLY HILLS, CALIFORNIA 90211<br>TEL:(310) 358-9341<br>E-FAX: (888) 709-5448<br>EMAIL: MATTHEW@MALAWGROUP.COM<br><br>ATTORNEYS FOR, DEBTOR-IN-POSSESSION,<br>MICHAEL T. STOLLER | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO</u> DIVISION**

| In re: | CASE NO.: **1:19-bk-11646-MT** |
|---|---|
| | CHAPTER: 11 |
| MICHAEL T. STOLLER | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a.    ☒   The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: <u>ABBASI LAW CORPORATION AND MATTHEW ABBASI, ESQ. (General Counsel) effective on (*date*) JULY 3, 2019.</u>

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                        Page 1                            **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**

    b.   General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.   ☐ The Motion is denied.

4.   ☒   Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case <u>60</u> days apart;

5.   ☒   General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.   ☒   Other (*specify*): The General Counsel may draw upon its initial retainer deposit to pay for its fees and the court's filing fees upon the entry of this Order as specifically requested in General Counsel's Application for Employment. General Counsel may also obtain payment for its incurred fees and costs directly from the Debtors' corporations/businesses from Non-Estate funds as specifically requested in General Counsel's Application for Employment.

###

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*　　　　　　　　　　　　　　　　Page 2　　　　　　　　**F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**