OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: Michael T. Stoller (DIP) | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:      1-19-bk-11646-MT |
| | Operating Report Number:      4 |
| Debtor(s). | For the Month Ending:      31-Oct-19 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      26,890.17

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      30,188.15

3. BEGINNING BALANCE:      (104.23)

4. RECEIPTS DURING CURRENT PERIOD:      3,519.46

5. BALANCE:      3,415.23

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      1,737.77

7. ENDING BALANCE:      1,677.46

8. General Account Number(s):      Union Bank DIP Account Number 2180028407

     Depository Name & Location:

---

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/16/2019 | 0000 | S CAL EDISON | UTILITIES | 805.00 |
| 10/28/2019 | 0107 | DR. BUNCH | MEDICAL | 94.00 |
| 10/18/2019 | ELEC | CHARTER COMMUNIC CO TEL | INTERNET/TELEPHONE | 73.46 |
| 10/25/2019 | ELEC | CHARTER COMMUNIC CO TEL | INTERNET/TELEPHONE | 73.46 |
| 10/31/2019 | ELEC | LAS VIRGENES | WATER BILL | 582.85 |
| 10/17/2019 | ELEC | TOTAL OVERDRAFT ITEM | BANK CHARGES | 33.00 |
| 10/21/2019 | ELEC | TOTAL OVERDRAFT ITEM | BANK CHARGES | 33.00 |
| 10/28/2019 | ELEC | TOTAL OVERDRAFT ITEM | BANK CHARGES | 33.00 |
| 10/31/2019 | ELEC | TOTAL MONTHLY COSTS | BANK CHARGES | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,737.77 |

| Bank statement Date: | 10/31/2019 | Balance on Statement: | $1,677.46 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $1,677.46 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

AND OTHER LEASES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|                    |                              |              |
|--------------------|------------------------------|--------------|
| General Account:   |                              |              |
| Payroll Account:   |                              |              |
| Tax Account:       |                              |              |
| *Other Accounts:   | _____      | _____ |
|                    | _____      | _____ |
|                    | _____      | _____ |
| *Other Monies:     | _____      | _____ |
| **Petty Cash (from below): |                      | 0.00         |

TOTAL CASH AVAILABLE:                                    | 0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:                           | 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,000/month, etc.)

XI.  QUESTIONNAIRE

|  |  | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ____ |

|  |  | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ____ |

3.  State what progress was made during the reporting period toward filing a plan of reorganization
Debtor is preparing the financials needed to submit a disclosure and plan.

4.  Describe potential future developments which may have a significant impact on the case:
The valuation of Debtor's property is key to the success of the Debtor's Plan.

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ____ |

I.  declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_(signature)_  MICHAEL T. STOLLER

Date:  __11/25/2019__

_____  Date  __11/25/2019__

_(signature)_  Principal for debtor-in-possession

Page 8 of 8

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Page 1 of 2
MICHAEL T STOLLER
**Statement Number: 2180028407**
10/01/19 - 10/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 1995

**MICHAEL T STOLLER**
**CHAPTER 11 DEBTOR IN POSSESSION**
**CASE #1:19-BK-11646-VK**
**5747 HOBACK GLEN ROAD**
**HIDDEN HILLS CA 91302**

## Ready to Go Summary

Account Number: 2180028407

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---:|---:|
| **Balance on 10/ 1** | $ | | **-104.23** |
| **Total Credits** | | | **3,519.46** |
| Deposits (1) | | 2,500.00 | |
| Other credits (5) | | 1,019.46 | |
| **Total Debits** | | | **-1,737.77** |
| Checks paid (2) | | -899.00 | |
| Electronic debits (3) | | -729.77 | |
| Other debits (4) | | -109.00 | |
| **Balance on 10/31** | $ | | **1,677.46** |

# C R E D I T S

## Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 10/28 | OFFICE DEPOSIT # 0009520885 | 87255895 | $ | 2,500.00 |

## Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 10/17 | *OVERDRAFT ITEM RETURNED | 99545614 | $ | 805.00 |
| 10/17 | REVERSAL OF SERVICE CHARGES | 99350481 | | 10.00 |
| 10/17 | OVERDRAFT FEE REVERSAL | 99350480 | | 96.00 |
| 10/21 | *OVERDRAFT ITEM RETURNED | 99545402 | | 73.46 |
| 10/22 | OVERDRAFT FEE REVERSAL | 99350585 | | 35.00 |
| | **5  Other credits and adjustments** | **Total** | $ | **1,019.46** |

* This transaction has been Value Dated to the prior business day.

# D E B I T S

## Check Paid

| Number | Date | Amount | Number | Date | | Amount |
|---|---|---:|---|---|---|---:|
| 0000 | 10/16 | 805.00 | 0107 | 10/28 | | 94.00 |
| **2  Checks paid** | | | **Total** | | $ | **899.00** |

Page 2 of 2
MICHAEL T STOLLER
**Statement Number: 2180028407**
10/01/19 - 10/31/19

## Electronic debits

| Date | Description | Number | Reference | | Amount |
|------|-------------|--------|-----------|---|--------|
| 10/18 | CHARTER COMMUNIC CHARTER CO TEL 0540013766 SPA | | 56622440 | $ | 73.46 |
| 10/25 | CHARTER COMMUNIC REDEPCHECK PPD ***********4635 | | 53925978 | | 73.46 |
| 10/31 | LAS VIRGEN 818-251-2100 CA 818-251-210089266281 CA | | 73450197 | | 582.85 |
| | **3  Electronic debits** | | **Total** | $ | 729.77 |

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 10/17 | TOTAL OVERDRAFT ITEM RETURNED FEES | 99521650 | $ | 33.00 |
| 10/21 | TOTAL OVERDRAFT ITEM RETURNED FEES | 99521026 | | 33.00 |
| 10/28 | TOTAL OVERDRAFT ITEM PAID FEES | 99521035 | | 33.00 |
| 10/31 | TOTAL MONTHLY COST | | | 10.00 |
| | **4  Other debits, fees and adjustments** | **Total** | $ | 109.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---------------|------|---|---------------|
| 10/1-10/15 | $ | -104.23 | 10/22-10/24 | $ | -29.23 |
| 10/16 | | -909.23 | 10/25-10/27 | | -102.69 |
| 10/17 | | -31.23 | 10/28-10/30 | | 2,270.31 |
| 10/18-10/20 | | -104.69 | 10/31 | | 1,677.46 |
| 10/21 | | -64.23 | | | |

| Overdraft Fee Summary | Total for This Period | Total Year-to-Date |
|-----------------------|----------------------|--------------------|
| Total Overdraft Fees (Overdraft Item Paid Fees) | $33.00 | $63.00 |
| Total Overdraft Item Returned Fees | $66.00 | $165.00 |